IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL NO. 1:10-CR-047 |
| --- | --- | --- |
| v. | : | (Judge Conner) |
| TROY A. BEAM, | : | |
| Defendant | : | |

## ORDER

AND NOW, this 16th day of July, 2012 upon consideration of Defendant Troy Beam's Uncontested Motion (Doc. 310) for an Order Authorizing the Return of Bond of $50,000 posted with the Clerk of Courts pursuant to the Magistrate Judge's Order dated March 30, 2010, it is hereby ORDERED that defendant's motion is GRANTED. The Clerk of Court is hereby directed to (i) apply the assessment and cost of prosecution, totaling $24,039.02, imposed against Mr. Beam by Judgment entered April 12, 2012, (Docket No. 302), to the $50,000 bond currently held by the Clerk pursuant to the Magistrate Judge's Order dated March 30, 2010; and (ii) cancel the Bond and remit the balance of cash security in the amount of $25,960.98 to Melvin Beam, c/o 401 Shippensburg Road, Shippensburg, Pa. 17257.

CHRISTOPHER C. CONNER
United States District Judge